UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Buda, Vincent & Ceres-Buda, Alberta P.**    Case No.:   **19-14864-RG**

Chapter:   **7**

Judge:   **Rosemary Gambardella**

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on May 20, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| |
|---|
| Description and value of Property:  **32 Mawhinney, Hawthorne, New Jersey**<br><br>**Current Market Value of Property:  $350,000.00**<br>**Estimated Cost of Sale:  $35,000.00** |

| |
|---|
| Liens on property:  **Specialized Loan: $239,400.00**<br>**Wells Fargo: $71,211.00**<br>**Wells Fargo: $28,504.00** |

| |
|---|
| Amount of equity claimed as exempt:  **$4,648.00** |

Objections must be served on, and requests for additional information directed to:

Name:         Benjamin A. Stanziale, Jr., Trustee

Address:      29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 19-14864-RG
Vincent Buda                                                        Chapter 7
Alberta P. Ceres-Buda
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0312-2            User: admin                 Page 1 of 2                  Date Rcvd: Apr 15, 2019
                                Form ID: pdf905             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db/jdb         +Vincent Buda,    Alberta P. Ceres-Buda,    32 Mawhinney Avenue,    Hawthorne, NJ 07506-1209
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJ,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
518074286       American Express,    PO Box 357,   Ramsey, NJ 07446-0357
518074287      #American Express,    PO Box 26312,   Lehigh Valley, PA 18002-6312
518074288      +American Recovery Services Incorporated,    555 St Charles Drive, Suite 110,
                 Thousand Oaks, CA 91360-3982
518074289      +Apothaker Scian PC,    520,   Fellowship Road, Suite C306,    PO Box 5496,
                 Mount Laurel, NJ 08054-5496
518074290       Bank of America,    PO Box 15220,   Wilmington, DE 19886-5220
518074293       Chase Card Member Services,    PO Box 15298,   Wilmington, DE 19850-5298
518074294       Citibank,    PO Box 6701,   Sioux Falls, SD 57188-6701
518074295      +Citibank/Sears,    PO Box 6189,   Sioux Falls, SD 57117-6189
518074296      +GC Services Limited Partnership,    PO Box 3855,   Houston, TX 77253-3855
518074297      +Hayt Hayt & Landau LLC,    Two Industrial Way West,    Eatontown, NJ 07724-2279
518074300      +Law Office of Frederic Weinberg & Assoc,    1200 Laurel Oak Road,    Suite 104,
                 Voorhees, NJ 08043-4317
518074301       Macy's DSNB,    PO Box 183083,   Indianapolis, IN 46218-3083
518074302      +Mary M. Curry,    32 Mawhinney Ave., 1st Floor,    Hawthorne, NJ 07506-1209
518074304      +Midland Funding LLC,    Attn: Pressler and Pressler LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518074305      +Mullooly Jeffrey Rooney & Flynn LLP,    6851 Jericho Tpke, Suite 220,    Syosset, NY 11791-4449
518074306      +Northland Group,    PO Box 390846,   Minneapolis, MN 55439-0846
518074309      +Specialized Loan Servicing,    8742 Lucent Boulevard $300,    Highland Branch, CO 80129-2386
518074313       Wells Fargo Bank, NA,    MAC N9777-112,   PO Box 5169,    Sioux Falls, SD 57117-5169
518074314       Wells Fargo Dealer Services,    PO Box 17900,   Denver, CO 80217-0900
518074315       Wells Fargo Home Mortgage,    PO Box 14411,   Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 16 2019 00:27:16     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 16 2019 00:27:12     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2019 00:30:58
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518074285       E-mail/Text: ally@ebn.phinsolutions.com Apr 16 2019 00:26:10     Ally,    PO Box 380902,
                 Minneapolis, MN 55438-0902
518074291      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2019 00:30:20     Capital One N. A.,
                 PO BOx 30281,    Salt Lake City, UT 84130-0281
518074292      +E-mail/Text: bankruptcy@cavps.com Apr 16 2019 00:27:34     Cavalry Portfolio Services LLC,
                 as assignee of Synchrony Bank/Amazon.com,    PO Box 520,    Valhalla, NY 10595-0520
518074298       E-mail/Text: cio.bncmail@irs.gov Apr 16 2019 00:26:38     Internal Rervenue Service,
                 Cincinnati, OH 45999-0059
518074299       E-mail/Text: bncnotices@becket-lee.com Apr 16 2019 00:26:25     Kohl's Credit,    PO Box 3043,
                 Milwaukee, WI 53201-3043
518074303      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 16 2019 00:27:11     Midland Credit Management,
                 assignee of Synchrony Bank/Sleepys,    2365 Northside Drive, Suite 300,
                 San Diego, CA 92108-2709
518074307       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2019 00:42:15
                 Portfolio Recovery Associates LLC,    assignee of Citibank, NA/the Home Depot,
                 120 Corporate Blvd,    Norfolk, VA 23502-1952
518077844      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2019 00:29:44     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518074310       E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2019 00:31:01     Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
518074311       E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2019 00:30:25     Synchrony Bank/Brooks Brothers,
                 PO Box 960013,    Orlando, FL 32896-0013
518074312      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2019 00:30:55
                 Synchrony Bank/Toys R Us,    c/o Portfolio Recovery Associates,    Dept 922,    PO Box 4115,
                 Concord, CA 94524-4115
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518074308*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 12903,
                 Norfolk, VA 23541)
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin                 Page 2 of 2               Date Rcvd: Apr 15, 2019
                              Form ID: pdf905             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
```
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               ADJUSTABLE RATE MORTGAGE TRUST 2004-2, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,
               SERIES 2004-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Erin  Kennedy    on behalf of Joint Debtor Alberta P. Ceres-Buda ekennedy@formanlaw.com,
               jkisla@formanlaw.com
              Erin  Kennedy    on behalf of Debtor Vincent  Buda ekennedy@formanlaw.com,    jkisla@formanlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               ADJUSTABLE RATE MORTGAGE TRUST 2004-2, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,
               SERIES 2004-2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```