

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North<br>Paramus, NJ 07652<br>(201) 845-1000<br>Attorneys for Vincent Buda and Alberta Ceres-Buda<br>Erin J. Kennedy, Esq.<br>Ekennedy@formanlaw.com | Order Filed on May 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>VINCENT BUDA AND ALBERTA CERES-BUDA,<br><br>                Debtors. | Case No.: 19-14864 (RG)<br><br>Chapter: 7 |

## ORDER AVOIDING JUDICIAL LIENS PURSUANT TO 11 U.S.C. §522(f)

The relief set forth on the following page, numbered two (2), be and hereby is **ORDERED**.

**DATED:** May 7, 2019

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0045914 - 1

Page (2)
Debtor:     Vincent Buda and Alberta Ceres-Buda
Case No.:   19-14864 (RG)
Caption:    ORDER AVOIDING JUDICIAL LIENS PURSUANT TO 11 U.S.C. §522(f)

THIS MATTER having been brought before the court by motion of Vincent Buda and Alberta Ceres-Buda ("Debtors"), through their attorneys, Forman Holt, for entry of an order avoiding judicial liens pursuant to 11 U.S.C. §522(f), and the court having considered the pleadings submitted in support of the motion, and it appearing that good and sufficient notice of the motion has been provided to parties-in-interest, and for good cause shown, it is hereby

ORDERED that the following judgments against the Debtors are avoided under 11 U.S.C. §522(f) as impairing the Debtors' homestead exemption as to real property located at 32 Mawhinney Avenue, Hawthorne, New Jersey 07506:

|  | Defendant | County/Part | Docket No. | Amount |
|---|---|---|---|---|
| Cavalry SPV 1 LLC | Albert Ceres-Buda | Passaic Special Civil Part | DC-000335-18 | $2,615.63 |
| Sears | Alberta Ceres-Buda | Passaic Special Civil Part | DC-007565-16 | $2,086.72 |
| Capital One | Vincent Buda | Passaic Special Civil Part | DC-010453-16 | $6,279.93 |
| Portfolio Recovery Associates/ Assignee Citibank/ Home Depot | Vincent Buda | Passaic Special Civil Part | DC-01552-17 | $5,442.04 |
| Bank of America | Alberta Ceres-Buda | Passaic Special Civil Part | DC-05464-16 | $14,905.94 |
| American Express | Vincent Buda | Passaic Special Civil Part | DC-05503-16 | $4,985.51 |
| Bank of America | Vincent Buda | Passaic Superior Court | L-3079-16 | $25,829.27 |

F0045914 - 1

Page (3)
Debtor:    Vincent Buda and Alberta Ceres-Buda
Case No.:  19-14864 (RG)
Caption:   ORDER AVOIDING JUDICIAL LIENS PURSUANT TO 11 U.S.C. §522(f)

and, it is further

    **ORDERED** that the court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

F0045914 - 1