UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North
Paramus, NJ 07652
(201) 845-1000
Attorneys for Vincent Buda and Alberta Ceres-Buda
Erin J. Kennedy, Esq.
Ekennedy@formanlaw.com

Order Filed on May 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

VINCENT BUDA AND ALBERTA CERES-BUDA,

Debtors.

Case No.: 19-14864 (RG)

Chapter: 7

## ORDER AVOIDING JUDICIAL LIENS PURSUANT TO 11 U.S.C. §522(f)

The relief set forth on the following page, numbered two (2), be and hereby is **ORDERED.**

**DATED: May 7, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0045914 - 1

Page (2)

Debtor:        Vincent Buda and Alberta Ceres-Buda

Case No.:      19-14864 (RG)

Caption:       ORDER AVOIDING JUDICIAL LIENS PURSUANT TO 11 U.S.C. §522(f)

**THIS MATTER** having been brought before the court by motion of Vincent Buda and Alberta Ceres-Buda ("Debtors"), through their attorneys, Forman Holt, for entry of an order avoiding judicial liens pursuant to 11 U.S.C. §522(f), and the court having considered the pleadings submitted in support of the motion, and it appearing that good and sufficient notice of the motion has been provided to parties-in-interest, and for good cause shown, it is hereby

**ORDERED** that the following judgments against the Debtors are avoided under 11 U.S.C. §522(f) as impairing the Debtors' homestead exemption as to real property located at 32 Mawhinney Avenue, Hawthorne, New Jersey 07506:

|  | Defendant | County/ Part | Docket No. | Amount |
|---|---|---|---|---|
| Cavalry SPV 1 LLC | Albert Ceres-Buda | Passaic Special Civil Part | DC-000335-18 | $2,615.63 |
| Sears | Alberta Ceres-Buda | Passaic Special Civil Part | DC-007565-16 | $2,086.72 |
| Capital One | Vincent Buda | Passaic Special Civil Part | DC-010453-16 | $6,279.93 |
| Portfolio Recovery Associates/ Assignee Citibank/ Home Depot | Vincent Buda | Passaic Special Civil Part | DC-01552-17 | $5,442.04 |
| Bank of America | Alberta Ceres-Buda | Passaic Special Civil Part | DC-05464-16 | $14,905.94 |
| American .Express | Vincent Buda | Passaic Special Civil Part | DC-05503-16 | $4,985.51 |
| Bank of America | Vincent Buda | Passaic Superior Court | L-3079-16 | $25,829.27 |

Page (3)

Debtor:        Vincent Buda and Alberta Ceres-Buda

Case No.:      19-14864 (RG)

Caption:       ORDER AVOIDING JUDICIAL LIENS PURSUANT TO 11 U.S.C. §522(f)

and, it is further

     **ORDERED** that the court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-14864-RG
Vincent Buda                                                                     Chapter 7
Alberta P. Ceres-Buda
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1          Date Rcvd: May 08, 2019
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db/jdb        +Vincent Buda,    Alberta P. Ceres-Buda,    32 Mawhinney Avenue,    Hawthorne, NJ 07506-1209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
          Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.   trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Denise E. Carlon   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           ADJUSTABLE RATE MORTGAGE TRUST 2004-2, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,
           SERIES 2004-2 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Erin  Kennedy   on behalf of Joint Debtor Alberta P. Ceres-Buda ekennedy@formanlaw.com,
           jkisla@formanlaw.com
          Erin  Kennedy   on behalf of Debtor Vincent  Buda ekennedy@formanlaw.com,  jkisla@formanlaw.com
          Kevin Gordon McDonald   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           ADJUSTABLE RATE MORTGAGE TRUST 2004-2, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,
           SERIES 2004-2 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 7